# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 23, 2013

### NO. 03-13-00514-CR

**Craig Rainey Walker, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE ROSE**

**THIS CAUSE** came to be heard on the written motion of the appellant to dismiss the appeal and the same being considered, it is the opinion of this Court that the same should be granted. **IT IS THEREFORE ORDERED** that the appellant be allowed to withdraw his notice of appeal and that the appeal be dismissed; that the appellant pay all costs relating to this appeal; and that this decision be certified below for observance.